TIA Q. NGUYEN (SBN 338778)
*tia.nguyen@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission Street Suite 2400
San Francisco, California 94105-2933
Tel.: 415.836.2500

BRIAN H. BENJET*
*brian.benjet@us.dlapiper.com*
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 94105-2933
Tel.: 215.656.3311

RAJ N. SHAH*
*raj.shah@us.dlapiper.com*
ERIC M. ROBERTS*
*eric.roberts@us.dlapiper.com*
ZOE S. LEVINE*
*zoe.levine@us.dlapiper.com*
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606
Tel.: 312.368.2167

*Admitted *pro hac vice*

*Attorneys for Defendant*
XANDR INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

MARISSA PORCUNA and GENA ALEXANDER, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

XANDR INC., a Delaware corporation,

Defendant.

Case No.: 4:25-cv-07385-JST

**DEFENDANT XANDR INC.'S REVISED NOTICE OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

Date: August 6, 2026
Time: 2:00 PM
Room: Courtroom 6 – 2nd Floor
Judge: Jon S. Tigar

Complaint Filed: September 2, 2025
Amended Complaint Filed: February 6, 2026
Notice of Motion and Motion to Dismiss Filed: March 13, 2026

**REVISED NOTICE OF MOTION AND MOTION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on August 6, 2026 at 2:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 6, 2nd Floor, of the United States District Court for the Northern District of California, at the Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, CA 94612, Defendant Xandr Inc. will and hereby does move this Court for an order dismissing Plaintiffs' First Amended Class Action Complaint (ECF No. 26) ("FAC") and each claim asserted therein.

The Court should dismiss the FAC under Federal Rule of Civil Procedure 12(b)(6) because Plaintiffs fail both to satisfy Federal Rule of Civil Procedure 8 and to state a claim upon which relief can be granted. This Motion is based on the Notice of Motion and Motion to Dismiss (ECF No. 28), the accompanying Memorandum of Points and Authorities (*id.*), Request for Judicial Notice (ECF No. 28-1), Declaration of Tia Nguyen (ECF No. 28-2), and all pleadings, arguments, and matters before the Court (*see also* ECF Nos. 32, 33).

Xandr files this Revised Notice of Motion pursuant to the Court's May 14, 2026 Order (ECF No. 37) which directed that all pending "[m]otions must be renoticed for hearing."

Dated: May 19, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ TIA Q. NGUYEN*

TIA Q. NGUYEN (SBN 338778)
*tia.nguyen@us.dlapiper.com*
**DLA PIPER LLP (US)**
555 Mission Street Suite 2400
San Francisco, California 94105-2933
Tel.: 415.836.2500

*Attorneys for Defendant Xandr, Inc.*